# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PAMELA MACKNET | CIVIL ACTION |
|---|---|
| v. | |
| UNIVERSITY OF PENNSYLVANIA | NO. 15-5321 |

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this 14th day of September, 2017, having considered Defendant's Motion for Summary Judgment (ECF 31), and all responses and replies thereto, and for the reasons explained in the foregoing memorandum, the Court hereby ORDERS that the Motion is GRANTED and each of Plaintiff's claims in her Complaint (ECF 1) is dismissed with prejudice.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 15\15-5321 Macknet v U of PA\15cv5321 order re sj.docx